445 P.2d 982

Jerry NOLL, Petitioner,

v.

Bennie NARANJO, Sheriff of Rio Arriba County, Respondent.

No. 8738.

Supreme Court of New Mexico.

Sept. 25, 1968.

CHAVEZ, Chief Justice, and NOBLE and CARMODY, Justices, concurring.

MOISE and COMPTON, Justices, being absent and not participating.

The Court finds:

That petitioner has failed to establish that the amount of the appearance bond complained of is excessive.

Wherefore, the Court concludes:

That the writ of habeas corpus heretofore issued herein should be quashed and the petitioner remanded to the custody of the Sheriff of Rio Arriba County.

So ordered.

445 P.2d 982

Palemon R. MARTINEZ, Petitioner,

v.

Ernestine D. EVANS, New Mexico's Secretary of State, Respondent.

No. 8743.

Supreme Court of New Mexico.

Oct. 7, 1968.

Ordered that petition for writ of mandamus be and the same is hereby denied.

445 P.2d 982

STATE of New Mexico, ex rel. Reies Hugh LOPEZ TIJERINA, Tobias Leyba, Jose Madril and Baltazar Apodaca, Petitioners,

v.

Paul F. LARRAZOLO, Judge of the Second Judicial District, Respondent.

No. 8756.

Supreme Court of New Mexico.

Oct. 25, 1968.

CHAVEZ, Chief Justice, and NOBLE, COMPTON and CARMODY, Justices, concurring.

MOISE, Justice, being absent and not participating.

Ordered that the petition for writ of mandamus be and the same is hereby denied.

445 P.2d 982

STATE of New Mexico, ex rel. Reies Hugh LOPEZ TIJERINA, Tobias Leyba, Jose Madril and Baltazar Apodaca, Petitioners,

v.

Paul F. LARRAZOLO, Judge of the Second Judicial District, Respondent.

No. 8757.

Supreme Court of New Mexico.

Oct. 25, 1968.

CHAVEZ, Chief Justice, and NOBLE, COMPTON and CARMODY, Justices, concurring.

MOISE, Justice, being absent and not participating.

Ordered that the petition for writ of mandamus be and the same is hereby denied.